CHESTERFIELD H. SMITH AND LILLA C. SMITH, APPELLANTS, VS. THE C. B. ROGERS COMPANY, APPELLEE.

Appeal from Circuit Court DeSoto county.

*Howard J. Spence,* for Appellant.

*R. H. Liggett,* for Appellee.

The bill in this case was filed by the appellee against the appellants. There was decree for the complainants, and the defendants appeal.

On motion of counsel for appellee, the paper purporting to be a transcript of the record is stricken from the files, and the appeal dismissed.